```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY


GARFUM.COM CORPORATION            :

          Plaintiff,              :   Civil Action No. 14-5923

                                  :   HON. MICHAEL A. SHIPP
          v.
                                  :
GOLOZO, LLC
                                  :
          Defendant.
                                  :
```

NOTICE OF CALL FOR DISMISSAL
PURSUANT TO F.R.Civ.P. 4(m)

PLEASE TAKE NOTICE that the above-captioned action will be dismissed on **February 20, 2015** for failure to effect service of the summons and complaint within 120 days of the filing of the complaint unless you establish that service was effected within said 120 days, by filing proof of service with the Clerk of the Court <u>before</u> the return date of this notice. If proof of service is not filed before the return date, counsel are <u>required</u> to appear before the Court, to show good cause why this action should not be dismissed.

                              WILLIAM T. WALSH, CLERK

                              by: <u>Nativelis Rodriguez</u>
                              Nativelis Rodriguez, Deputy Clerk

Date: February 10, 2015