**LAWRENCE C. HERSH**
ATTORNEY AT LAW
17 Sylvan Street, Suite 102b
Rutherford, New Jersey  07070

\*ADMITTED NJ, NY, CA, AND IL                                                                                         Tel:  (201) 507-6300
\*REGISTERED U.S. PATENT AND TRADEMARK OFFICE                                                      Fax: (201) 507-6311
                                                                                                                              email:  lh@hershlegal.com

February 19, 2015

**VIA ECF**
Clerk
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

RE:   *Garfum.com Corporation v. Golozo, LLC d/b/a ViewBug.com*, Case No.: 3:14-CV-05923-JEI-KMW

Dear Clerk:

On behalf of the Plaintiff and Defendant Golozo, LLC d/b/a ViewBug.com, (the "ViewBug"), we write to inform the Court that there has been an agreement in principle reached by Plaintiff and Viewbug in this action, and that the parties are in the process of finalizing the settlement papers.  Please mark the case as settled, and withdraw the Notice of Dismissal that was recently filed by the Court.

We thank the Court for its attention to this case.

Very truly yours,

/s/ Lawrence Hersh
Lawrence Hersh